IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| PARKER POWERSPORTS INC. and JOHN ALLEN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 122-054 |
| TEXTRON SPECIALIZED VEHICLES INC. and JOEL RANUM, | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

On May 5, 2022, the above-captioned case was transferred to this Court from the United States District Court for the District of Colorado. (Doc. no. 54.) On that same day, the Clerk of Court entered a Notice of Filing Deficiency, notifying Defendants' counsel Connor A. Sabatino, Michael J. Lockerby, Thomas Joseph Krysa, and Lauren Pamela Carboni that they must file motions for admission *pro hac vice* ("PHV") within fourteen days after issuance of the notice. (Doc. no. 58.) Defendants' counsel have not responded to the May 5th deficiency notice.

The deadline for Defendants' counsel to seek admission to this Court has passed. However, Defendants' counsel have not properly filed motions for admission PHV. Accordingly, the Court **ORDERS** Defendants' counsel to make arrangements for admission to the Court by June 2, 2022.

In abundance of caution, the Court **DIRECTS** the **CLERK** to serve this Order, as well as copies of the notices and orders issued after this case was transferred to this Court, (doc. nos. 55-58, 60), on Attorneys Krysa and Carboni by email at tkrysa@foley.com and lcarboni@foley.com, and document the same on the record.

SO ORDERED this 25th day of May, 2022, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA