# United States District Court
## Southern District of Georgia

Parker Powersports Inc. et al

_____
Plaintiff

v.

Textron Specialized Vehicles Inc. et al

_____
Defendant

Case No. _____ CV 122-054 _____

Appearing on behalf of

Defendants

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __1st__ day of __June__, __2022__.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Michael J. Lockerby |
| Business Address: | Foley & Lardner LLP |
| | Firm/Business Name |
| | 3000 K Street NW, Suite 600 |
| | Street Address |
| | Washington    DC    20007 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | (202) 945-6079 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | MLockerby@foley.com |