IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| PARKER POWERSPORTS INC. and JOHN ALLEN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 122-054 |
| TEXTRON SPECIALIZED VEHICLES INC. and JOEL RANUM, | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

The Court **GRANTS** the parties' Joint Motions to Stay Discovery, (doc. nos. 83, 85), and **STAYS** all discovery pending a ruling on the motion to dismiss, (doc. no. 10). The parties shall confer and submit a Rule 26(f) Report, with proposed case deadlines, within seven days of the presiding District Judge's ruling. In the event the presiding District Judge, in his ruling on the pending dispositive motions, provides further instructions to the parties that justifies continuation of the stay, the parties shall inform the undersigned to that effect in a status report to be filed within seven days of the presiding District Judge's ruling.

SO ORDERED this 8th day of June, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA