IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| PARKER POWERSPORTS INC. and JOHN ALLEN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 122-054 |
| TEXTRON SPECIALIZED VEHICLES INC. and JOEL RANUM, | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

On May 19, 2022, the Court granted Plaintiff's counsel John M. Edgar an extension until June 2, 2022, to file a motion for admission *pro hac vice* ("PHV") in accordance with Local Rule 83.4. (Doc. nos. 59-60.) Mr. Edgar did not file a motion for admission PHV by June 2nd, and when he signed a motion to stay discovery on June 6, 2022, the Clerk of Court entered a Notice of Filing Deficiency that day notifying Mr. Edgar once again he must file a motion for admission PHV. (Doc. nos. 83-84.) Mr. Edgar has neither responded to the June 6th deficiency notice nor filed a motion for admission PHV, and the deadline for him to seek admission to this Court has passed. Accordingly, the Court **DIRECTS** the **CLERK** to terminate John M. Edgar as attorney of record for Plaintiff. Mr. Edgar may be relisted as attorney of record when he complies with the Court's prior order and instructions.

SO ORDERED this 28th day of June, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA